IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH CECETKA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN REGIONAL CENTER, A State Psychiatric Hospital; et. al;<br><br>Defendants. | **4:16CV3140**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by David A. Lopez, as counsel of record for Defendants, (Filing No. 32), is granted.

April 25, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge