IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RUTH CECETKA, an individual;

                Plaintiff,

vs.

LINCOLN REGIONAL CENTER, A
State Psychiatric Hospital; et. al;

                Defendants.

**4:16CV3140**

**ORDER**

IT IS ORDERED that the motion to withdraw filed by Brian D. Craig, Counsel for Plaintiff, Ruth Cecetka, (Filing No. 43), is granted.

December 6, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge