IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RUTH CECETKA, an individual;

                    Plaintiff,

          vs.

LINCOLN REGIONAL CENTER, A
State Psychiatric Hospital, et al;

                    Defendants.

**4:16CV3140**


**ORDER**

IT IS ORDERED that the parties' motion to extend progression deadlines (Filing No. 63) is granted and the final progression order (Filing No. 39) is amended as follows:

1)   The trial and pretrial conference dates are vacated. A status conference to discuss resetting both trial and pretrial conference dates and to discuss the status of case progression will be held with the undersigned magistrate judge on August 14, 2018 at 10:00 a.m. by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)   The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is August 1, 2018. Motions to compel Rule 33 through 36 discovery must be filed by August 15, 2018.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)   The deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are May 31, 2018.

4)   The deposition deadline is August 1, 2018.

5) The deadline for filing motions to dismiss and motions for summary judgment is August 31, 2018.[1]

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 2, 2018.

7) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 20th day of February, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.