IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH CECETKA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN REGIONAL CENTER, A State Psychiatric Hospital; et.al;<br><br>Defendants. | **4:16CV3140**<br><br>**ORDER** |

IT IS ORDERED:

1) Plaintiffs' unopposed motion, (Filing No. 111), is granted.

2) The progression order is amended as follows:
   a. The deadline for completing written discovery and depositions is extended to October 1, 2018;
   b. The deadline for filing motions to compel is extended to October 15, 2018; and
   c. The deadline for filing motions to dismiss and motions for summary judgment is extended to October 31, 2018.

August 10, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge