IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH CECETKA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN REGIONAL CENTER, A State Psychiatric Hospital; et al.;<br><br>Defendants. | 4:16CV3140<br><br>ORDER |

During the conference call held today, Plaintiff's counsel advised the court that Defendants produced thousands of emails on February 28, 2019, all of which were requested in mid-2018. Plaintiff's counsel needs to review this information to determine if supplemental depositions are needed. Meanwhile, Defendants are now represented by new counsel who needs to review the case further before proceeding to trial.

The parties therefore need additional time to prepare the case. That said, the case is approaching three years old.

Accordingly,

IT IS ORDERED that a telephonic conference with the undersigned magistrate judge will be held on May 7, 2019 at 10:00 a.m. to discuss the trial and pretrial conference settings, and whether the parties are interested in alternative dispute resolution. Counsel shall use the conferencing instructions assigned to this case to participate in the call.

March 12, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge