IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH CECETKA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN REGIONAL CENTER, A State Psychiatric Hospital; et. al;<br><br>Defendants. | 4:16CV3140<br><br>ORDER |

After conferring with counsel, (Filing No. 147, audio file),

IT IS ORDERED:

1) The jury trial of this case is set to commence before John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, a 9:00 a.m. on **August 19, 2019**, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and other civil cases that may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 6, 2019** at **10:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on August 5, 2019.

3) All parties intend to move for summary judgment. As to all parties, the deadline for filing motions to dismiss, motions for summary judgment, and any motions challenging the admissibility of expert testimony on Daubert or related grounds shall be filed on or before May 21, 2019. Responses to those motions shall be filed on or before June 10, 2019. <u>No replies shall be filed absent a **substantial** showing of good cause</u>.

4) Motions in limine shall be filed <u>seven days before the pretrial conference</u>. It is not the normal practice to hold hearings on motions in limine or to rule

on them prior to the first day of trial. Counsel should plan accordingly.

5) The deadlines herein and the trial and pretrial conference settings will not be continued absent a **substantial** showing of good cause.

Dated this 7th day of May, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge