IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH CECETKA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN REGIONAL CENTER, A State Psychiatric Hospital; COURTNEY PHILLIPS, In their individual and official capacities; SHERRI DAWSON, In their individual and official capacities; STACEY WERTH-SWEENEY, In their individual and official capacities; ROGER DONOVICK, In their individual and official capacities; CHERYL MCMURRY, In their individual and official capacities; MARY SCHERLING, In their individual and official capacities; CHARLES DARROW, In their individual and official capacities; SHERRI BROWNING, In their individual and official capacities; JENNIFER JENNINGS, In their individual and official capacities; NATHAN NEDLEY, In their individual and official capacities; MICHAEL ROBERTS, In their individual and official capacities; VERONICA KOENIG, In their individual and official capacities; SHAWN SCHWARTZ, In their individual and official capacities; DENNIS CONNOLLY, In their individual and official capacities; SANAT ROY, In their individual and official capacities; and PATRICIA OSTERHAUS, In their individual and official capacities;<br><br>Defendants. | **4:16CV3140**<br><br>**ORDER NUNC PRO TUNC** |

The court's prior order, (Filing No. 148), stated as follows:

3) All parties intend to move for summary judgment. As to all parties, the deadline for filing motions to dismiss, motions for summary judgment, and any motions challenging the admissibility of expert testimony on *Daubert* or related grounds shall be filed on or before May 21, 2019. Responses to those motions shall be filed on or before June 10, 2019. <u>No replies shall be filed absent a **substantial** showing of good cause.</u>

(emphasis in original).

Upon further review, the deadline for filing motions to exclude testimony on *Daubert* and related grounds expired on August 1, 2018. (See Filing No. 96). The subject of challenges to the admissibility of expert testimony was not raised or discussed in the telephone conference on May 7, 2019. (Filing No. 147, audio file) The portion of Paragraph 3 which set a *Daubert* motion deadline was entered in error.

Accordingly,

IT IS ORDERED that no motions challenging the admissibility of expert testimony on *Daubert* or related grounds will be considered.

Dated this 22nd day of May, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge