IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH CECETKA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN REGIONAL CENTER, A State Psychiatric Hospital, et al.,<br><br>Defendants. | 4:16-CV-3140<br><br>ORDER |

The plaintiff moves to voluntarily dismiss her individual-capacity § 1983 claims against defendants Courtney Phillips, Sherri Dawson, Michael Roberts, and Jennifer Jennings. Filing 168. Because the official-capacity claims against them were already dismissed, *see* filing 98, they will be terminated as parties.

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to Dismiss Certain Defendants (filing 168) is granted.

2. Phillips, Dawson, Roberts and Jennings are terminated as parties.

Dated this 16th day of July, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge