IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH CECETKA, an individual;<br><br>   Plaintiff,<br><br>vs.<br><br>LINCOLN REGIONAL CENTER, A State Psychiatric Hospital; STACEY WERTH-SWEENEY, In their individual capacities; ROGER DONOVICK, In their individual capacities; CHERYL MCMURRY, In their individual capacities; MARY SCHERLING, In their individual capacities; CHARLES DARROW, In their individual capacities; SHERRI BROWNING, In their individual capacities; NATHAN NEDLEY, In their individual capacities; VERONICA KOENIG, In their individual capacities; SHAWN SCHWARTZ, In their individual capacities; DENNIS CONNOLLY, In their individual capacities; SANAT ROY, In their individual capacities; and PATRICIA OSTERHAUS, In their individual capacities;<br><br>   Defendants. | **4:16CV3140**<br><br>**ORDER** |

  The court has been advised that the parties in the above-captioned matter have settled their claims.

  Accordingly,

  IT IS ORDERED that:

  (1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the

clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

(3) The clerk shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 29th day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge