IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH CECETKA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN REGIONAL CENTER, A State Psychiatric Hospital; STACEY WERTH-SWEENEY, In their individual capacities; ROGER DONOVICK, In their individual capacities; CHERYL MCMURRY, In their individual capacities; MARY SCHERLING, In their individual capacities; CHARLES DARROW, In their individual capacities; SHERRI BROWNING, In their individual capacities; NATHAN NEDLEY, In their individual capacities; VERONICA KOENIG, In their individual capacities; SHAWN SCHWARTZ, In their individual capacities; DENNIS CONNOLLY, In their individual capacities; SANAT ROY, In their individual capacities; and PATRICIA OSTERHAUS, In their individual capacities;<br><br>Defendants. | **4:16CV3140**<br><br>**ORDER** |

This case was successfully mediated on July 25, 2019. The parties have informed chambers any settlement agreement must be approved by the Nebraska Legislature, and they do not anticipate this will occur until May or June 2020.

Accordingly,

IT IS ORDERED:

1) The clerk shall administratively close this case. It may be reopened if the settlement agreement is not approved by the legislature.

2) Within 30 days after the approval of the settlement, the parties shall file a joint stipulation for dismissal or other dispositive stipulation with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

3) The clerk shall set an internal case management deadline for June 30, 2020 stating: Check status of settlement approval.

Dated this 27th day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge